QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814                **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
BENEDICTO ORTEGA-ROJAS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-307-DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| BENEDICTO ORTEGA-ROJAS, ) | Date:  September 22, 2005 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. David F. Levi |
| ) | |
| _____ ) | |

It is hereby stipulated between the parties, Michael Beckwith,
Assistant United States Attorney, attorney for Plaintiff, and Mary M.
French, attorney for defendant, that the trial confirmation date of
September 8, 2005 be vacated and a new status conference hearing date
of September 22, 2005 at 10:00 a.m. be set. The parties further request
that the presently scheduled trial date be vacated.

This continuance is being requested because defense counsel just
received the proposed plea agreement and needs time to review it with
her client.

1    The period from September 8, 2005 through and including September

2  22, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)

3  and Local Code T4 based upon continuity of counsel and defense

4  preparation. Dated: September 5, 2005

5                                  Respectfully submitted,

6                                  QUIN DENVIR
                                   Federal Defender
7
                                   /s/ Mary M. French
8                                  _____
                                   MARY M. FRENCH
9                                  Assistant Federal Defender
                                   Attorney for Defendant
10                                 BENEDICTO ORTEGA-ROJAS

11

12  Dated: September 5, 2005       MCGREGOR W. SCOTT
                                   United States Attorney
13

14                                 /s/  Mary M. French for
                                   Michael Beckwith
15                                 _____
16                                 MICHAEL BECKWITH
                                   Assistant U.S. Attorney
17                                 per telephonic authorization

18                                 **ORDER**

19  **IT IS SO ORDERED.**

20  Dated: 9/9/2005

21

22

23                                 _____
24                                 DAVID F. LEVI
                                   United States District Judge
25

26

27

28

Stipulation & Order          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order                    3